**Kenneth A. GIBBINS, Jr.,**
**Claimant–Appellant,**

v.

**Gordon H. MANSFIELD, Acting**
**Secretary of Veterans Affairs,**
**Respondent–Appellee.**

No. 2007–7153.

United States Court of Appeals,
Federal Circuit.

Dec. 20, 2007.

Heather Cessna, ABS Legal Advocates, P.A., of Lawrence, Kansas, argued for claimant-appellant. On the brief was Virginia A. Girard–Brady.

Devin A. Wolak, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were Peter D. Keisler, Assistant Attorney General, Jeanne E. Davidson, Director, Deborah A. Bynum, Assistant Director, and Marla T. Conneely, Attorney. Of counsel were Michael S. Dufault and Gregg M. Schwind, Trial Attorneys. Of counsel on the brief were Michael J. Timinski, Deputy Assistant General Counsel, and Christopher P. McNamee, Attorney, United States Department of Veterans Affairs, of Washington, DC.

Before LOURIE, BRYSON, and GAJARSA, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.